Jeffrey H. Mims, Trustee
Founders Square
900 Jackson Street, Suite 560
Dallas, Texas  75202
214-210-2913

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ECLECTIC FOOD HOLDINGS LLC | § | Case No. 16-31786HDH |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/02/2016 . The undersigned trustee was appointed on 05/02/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $    2,282,060.31

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 143,557.83 |
   | Bank service fees | 193.08 |
   | Other payments to creditors | 1,953,744.18 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 184,565.22 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 09/06/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 91,711.81 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 90,400.00 , for a total compensation of $ 90,400.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 151.25 , for total expenses of $ 151.25 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/19/2016          By: /s/JEFFREY MIMS, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 16-31786HDH | Judge: Harlin D. Hale | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ECLECTIC FOOD HOLDINGS LLC | | Date Filed (f) or Converted (c): | 05/02/16 (f) |
| | | | 341(a) Meeting Date: | 06/01/16 |
| For Period Ending: | 10/19/16 | | Claims Bar Date: | 09/06/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Legacy Checking Acct. | 15,888.41 | 0.00 | | 14,621.83 | FA |
| 2. Capital One acct. | 8.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Acura TL lease | 0.00 | 0.00 | | 0.00 | FA |
| 4. 2550 Preston Road, Frisco, TX | 1,488,705.00 | 105,049.57 | | 2,200,000.00 | FA |
| Building/land under contract by Trustee, set for hearing August 1, 2016. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,504,601.41 | $105,049.57 | | $2,214,621.83 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/17    Current Projected Date of Final Report (TFR): 12/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 16-31786HDH | | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ECLECTIC FOOD HOLDINGS LLC | | Bank Name: | FIRST NATIONAL BANK - VINITA |
| | | | Account Number / CD #: | *******1594 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4643 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/16 | 1 | Eclectic Food Holdings, LLC | Checking account close | 1121-000 | 14,621.83 | | 14,621.83 |
| 06/19/16 | 010000 | State Farm Insurance Company | June 2016 insurance on 2550 Preston Road plus reserve amount of one month | 2990-000 | | 933.58 | 13,688.25 |
| 06/26/16 | 4 | J&A Leo's Street Taco Co., LLC | June 2016 Rent | 1122-000 | 16,859.62 | | 30,547.87 |
| 07/08/16 | | J&A Leo's Street Tacos LLC | | 1122-000 | 16,859.62 | | 47,407.49 |
| 07/08/16 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 47,397.49 |
| 07/19/16 | 010001 | State Farm Insurance Company | July 2016 Insurance Premium: Eclectic Food Holdings, LLC, Jeffrey Mims, Trustee. | 2990-000 | | 466.58 | 46,930.91 |
| 08/04/16 | 4 | J&A LEO'S STREET TACO CO., LLC | | 1122-000 | 16,859.62 | | 63,790.53 |
| 08/05/16 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 44.48 | 63,746.05 |
| 08/12/16 | 010002 | State Farm Insurance Company | State Farm Payment Plan 1241-1606-08; Eclectic Food Holdings, LLC | 2990-000 | | 475.71 | 63,270.34 |
| 09/08/16 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 63.43 | 63,206.91 |
| 09/09/16 | 4 | J&A LEO'S STREET TACO CO., LLC | RENTAL INCOME | 1122-000 | 16,859.62 | | 80,066.53 |
| 09/13/16 | 010003 | State Farm Insurance c/o Joseph Jackson 7920 Preston Road, Suite 300 Plano, Texas 75024-2344 | Insurance for building 2550 Preston Road; Policy Number 93-CW-T241-9 | 2990-000 | | 475.71 | 79,590.82 |
| 10/04/16 | 4 | Fidelity National Title Company | Net proceeds sale 2550 Preston Road | | 105,049.57 | | 184,640.39 |
| | 4 | JOEL DELEON | Memo Amount: 2,200,000.00 PROCEEDS FROM SALE OF PROPERTY | 1110-000 | | | |
| | | GREEN BANK, N.A. | Memo Amount: ( 1,225,877.17 ) SECURED CLAIM | 4110-000 | | | |
| | | SMALL BUSINESS ADMINISTRATION | Memo Amount: ( 652,142.78 ) SECURED CLAIM | 4110-000 | | | |
| | | VENTURE COMMERCIAL | Memo Amount: ( 72,222.44 ) SECURED CLAIM | 4120-000 | | | |
| | | BOWEN LANDSCAPING | Memo Amount: ( 3,164.29 ) | 4120-000 | | | |

Page Subtotals 187,109.88 2,469.49

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 19.06a

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-31786HDH | | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ECLECTIC FOOD HOLDINGS LLC | | Bank Name: | FIRST NATIONAL BANK - VINITA |
| | | | Account Number / CD #: | *******1594 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4643 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ALPHA TESTING, INC. | SECURED CLAIM<br>Memo Amount: ( 337.50 ) | 4120-000 | | | |
| | | JOEL DELEON | SECURED CLAIM<br>Memo Amount: ( 10,000.00 ) | 2500-000 | | | |
| | | TRIVANTA, LLC | SECURED CLAIM<br>Memo Amount: ( 44,000.00 ) | 3510-000 | | | |
| | | JOEL DELEON | REALTOR FEES<br>Memo Amount: ( 50,478.86 ) | 2500-000 | | | |
| | | TITLE POLICY, TAXES FOR 2016, ETC. | LEASE DEPOSIT REFUND<br>Memo Amount: ( 14,218.62 )<br>Miscellaneous Closing Cost | 2990-000 | | | |
| | | FRISCO ISD/CITY FRISCO/COUNTY TAXES | Memo Amount: ( 22,508.77 )<br>CLOSING TAXES<br>Taxes assessed upon closing of sale of property. | 2820-000 | | | |
| 10/07/16 | | FIRST NATIONAL BANK - VINITA | BANK SERVICE FEE | 2600-000 | | 75.17 | 184,565.22 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 2,200,000.00 | COLUMN TOTALS | 187,109.88 | 2,544.66 | 184,565.22 |
| Memo Allocation Disbursements: | 2,094,950.43 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 187,109.88 | 2,544.66 | |
| Memo Allocation Net: | 105,049.57 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 187,109.88 | 2,544.66 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 2,200,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,094,950.43 | Checking Account (Non-Interest Earn - *******1594) | 187,109.88 | 2,544.66 | 184,565.22 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 105,049.57 | | 187,109.88 | 2,544.66 | 184,565.22 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    75.17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 16-31786HDH | | Trustee Name: | JEFFREY MIMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | ECLECTIC FOOD HOLDINGS LLC | | Bank Name: | FIRST NATIONAL BANK - VINITA |
| | | | Account Number / CD #: | *******1594 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4643 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******1594)

| | | | Page Subtotals | | 0.00 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 19, 2016 |
|---|---|---|---|---|---|---|

Case Number:   16-31786HDH  
Debtor Name:   ECLECTIC FOOD HOLDINGS LLC  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | Cavazos Hendricks Poirot & Smitham, P.C. | Administrative | | $0.00 | $52,320.53 | $52,320.53 |
| 070<br>7100-00 | Stephanie Luedde<br>c/o Jeffrey H. Mims, Trustee<br>Bankruptcy Case. #16-31875-SGJ-7 | Unsecured | Trustee is NOT taking commission on this claim for distribution into the Luedde bankruptcy estate from Electic estate. | $0.00 | $41,693.44 | $41,693.44 |
| | Case Totals: | | | $0.00 | $94,013.97 | $94,013.97 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-31786HDH
Case Name: ECLECTIC FOOD HOLDINGS LLC
Trustee Name: JEFFREY MIMS, TRUSTEE

Balance on hand $ 184,565.22

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JEFFREY MIMS, TRUSTEE | $ 90,400.00 | $ 0.00 | $ 90,400.00 |
| Trustee Expenses: JEFFREY MIMS, TRUSTEE | $ 151.25 | $ 0.00 | $ 151.25 |
| Attorney for Trustee Fees: Cavazos Hendricks Poirot & Smitham, P.C. | $ 51,478.00 | $ 0.00 | $ 51,478.00 |
| Attorney for Trustee Expenses: Cavazos Hendricks Poirot & Smitham, P.C. | $ 842.53 | $ 0.00 | $ 842.53 |

Total to be paid for chapter 7 administrative expenses $ 142,871.78

Remaining Balance $ 41,693.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,693.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Stephanie Luedde | $ 41,693.44 | $ 0.00 | $ 41,693.44 |
|  | Total to be paid to timely general unsecured creditors |  |  | $ 41,693.44 |
|  | Remaining Balance |  |  | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE